United States District Court
For the Northern District of California

1
2
3              IN THE UNITED STATES DISTRICT COURT
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6   WALTER CHUNN,                          No. C 15-5240 WHA (PR)
7              Petitioner,                 **ORDER OF DISMISSAL;
                                           VACATING ORDER TO SHOW
8       v.                                 CAUSE**
9   STATE OF CALIFORNIA, Warden,
10             Respondents.
                                    /
11

12          Petitioner, an inmate in the Sonoma County Jail, California prisoner, filed this pro se

13   petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 challenging a conviction and

14   sentence from Marin County Superior Court in 2013.  It has become clear that he has

15   challenged the legality of the same criminal judgment in a prior petition.  *See Chunn v. Harris,*

16   No. C. 15-0990 WHA (PR).  A second or successive petition may not be filed in the district

17   court unless petitioner first obtains from the United States Court of Appeals for the Ninth

18   Circuit an order authorizing this court to consider the petition.  *See* 28 U.S.C. § 2244(b)(3)(A).

19   Petitioner has not sought or obtained such an order from the Ninth Circuit.  The instant petition

20   is accordingly **DISMISSED** without prejudice to refiling if petitioner obtains the necessary order.

21   Alternatively, petitioner may file a motion to amend the petition in his earlier case to add the

22   two claims raised in the petition filed in the instant case.  The order to show cause (dkt. 5) is

23   **VACATED**.

24          No certificate of appealability is warranted in this case because a reasonable jurist would

25   not find the dismissal of this petition debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473, 484

26   (2000). The clerk shall enter judgment and close the file.

27          **IT IS SO ORDERED**.

28   Dated: January ___7___, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE